[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-12183
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 9, 2010
JOHN LEY
CLERK

D. C. Docket No. 04-00177-CR-J-25-HTS


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERMAINE GARFIELD KERR,

Defendant-Appellant.


_____

No. 09-12184
Non-Argument Calendar

_____

D. C. Docket No. 04-00252-CR-J-25-HTS


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERMAINE GARFIELD KERR,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
_____
(March 9, 2010)

Before BARKETT, HULL and COX, Circuit Judges.

PER CURIAM:

Gerald S. Bettman, appointed counsel for Jermaine Garfield Kerr in these two direct criminal appeals, has moved to withdraw from further representation of the appellant in both cases and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw from both appeals is **GRANTED**, and Kerr's convictions and sentences are **AFFIRMED**.